MACON RAILWAY & LIGHT CO. *v.* MAYOR & COUNCIL OF MACON.

HILL, J. Under the decision in the case of *Macon Street Railroad Co.* v. *Macon,* 112 *Ga.* 782 (38 S. E. 60), as applied to the evidence in this case, the court did not abuse its discretion in making the mandamus absolute.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
NOVEMBER 13, 1914.

Mandamus. Before Judge Mathews. Bibb superior court. June 11, 1914.

*Ellis & Glawson,* for plaintiff in error.
*Walter Defore* and *R. G. Plunkett,* contra.

---

JAMES *v.* THE STATE.

ATKINSON, J. 1. In the light of the entire charge as given, there was no material error in any of the instructions upon which error was assigned, or upon the refusal of certain requests to charge.

2. The evidence, though conflicting, was sufficient to support the verdict.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
NOVEMBER 13, 1914.

Indictment for murder. Before Judge Daniel. Fayette superior court. June 30, 1914.

*E. J. Reagan,* for plaintiff in error.

*Warren Grice, attorney-general, E. M. Owen, solicitor-general,* and *E. M. Smith,* contra.